The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Endalkachew Merid
    v. Commonwealth of Virginia
    Record No. 1145-19-4
    Opinion rendered by Judge Petty on
    May 12, 2020

2.  Karen Rompalo
    v. Commonwealth of Virginia
    Record No. 1717-18-4
    Opinion rendered by Judge AtLee on
    June 2, 2020

3.  Kevin Diaz Gomez, s/k/a
    Kevin Diaz-Gomez
    v. Commonwealth of Virginia
    Record No. 0369-19-4
    Opinion rendered by Judge Petty on
    June 9, 2020

4.  Coshaun Tyrell Bryant
    v. Commonwealth of Virginia
    Record No. 0221-19-1
    Opinion rendered by Judge Beales on
    June 16, 2020

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Ronnie Leon Bryant
     v. Commonwealth of Virginia
   Record No. 1907-17-4
    Opinion rendered by Judge Humphreys
      on September 10, 2019
    Dismissed pursuant to Rule 5:17(c)(1)(iii) (191347)

2. Ryan Oneal Davis
     v. Commonwealth of Virginia
   Record No. 1193-18-2
    Opinion rendered by Judge Huff
      on October 8, 2019
    Refused (191460)

3. Carlos Artur Alvarez Saucedo
     v. Commonwealth of Virginia
   Record No. 1440-18-3
    Opinion rendered by Judge O'Brien
      on October 29, 2019
    Refused (191561)

4. Shannon Shamar Cousett
     v. Commonwealth of Virginia
   Record No. 0967-18-1
    Opinion rendered by Judge Humphreys
      on November 5, 2019
    Refused (200025)

5. Adam Christopher Armstrong
     v. Kristy Marie Armstrong
   Record No. 0215-19-3
    Opinion rendered by Judge O'Brien
      on November 12, 2019
    Dismissed pursuant to Code § 17.1-410 and Rule 5:17(c)(2) (200061)

6. Gerard Lamontese Lee
     v. Commonwealth of Virginia
   Record No. 0076-19-1
    Opinion rendered by Judge Beales
      on November 19, 2019
    Refused (191687)

7. Robert Anthony Tyler Martinez
   v. Commonwealth of Virginia
   Record No. 1199-18-3
   Opinion rendered by Judge O'Brien
     on December 10, 2019
   Refused (200075)